[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11221

Non-Argument Calendar

_____

U.S. BANK TRUST NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT SOLEY AS OWNER
TRUSTEE,
FOR FCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST
NATIONAL ASSOCIATION,

Plaintiff-Appellee,

*versus*

LYNN M. COOMANS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:24-cv-62230-JB

_____

Before JILL PRYOR, NEWSOM, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The district court's order remanding the action to state court is not reviewable on appeal because the district court based its remand on a lack of federal subject matter jurisdiction. *See* 28 U.S.C. § 1447(c), (d); *New v. Sports & Recreation*, 114 F.3d 1092, 1095-96 (11th Cir. 1997); *Whole Health Chiropractic & Wellness, Inc. v. Humana Med. Plan, Inc.*, 254 F.3d 1317, 1319 (11th Cir. 2001); *Overlook Gardens Props., LLC v. Orix USA, L.P.*, 927 F.3d 1194, 1202 (11th Cir. 2019) (holding that we "must accept the district court's colorable characterization of the basis for its remand"). Further, the notice of removal did not cite 28 U.S.C. §§ 1442 or 1443 as a basis for removal.